FENNELL, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Mary Fennell against the Metropolitan Street Railroad Company. C. F. Brown, for appellant. E. J. Martin, for respondent. No opinion. Judgment and order affirmed, with costs.

FERGUSON, Respondent, v. McKINLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Samuel Ferguson against Irving A. McKinley and another.

PER CURIAM. Motion to dismiss appeal granted, unless within 10 days the appellants file and serve their printed papers on appeal, in which event the motion is denied.

FILBERT v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Delia Filbert, as administratrix, etc., of William Filbert, deceased, against the New York. New Haven & Hartford Railroad Company. No opinion. Motion denied, without costs.

FINNERTY, Appellant, v. ARNOLD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Maria Finnerty against Conrad Arnold and another. No opinion. Judgment affirmed, with costs.

FISH, Respondent, v. UTICA STEAM & MOHAWK VALLEY COTTON MILLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Rose Fish, an infant, etc. against the Utica Steam & Mohawk Valley Cotton Mills.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the verdict was contrary to and against the weight of the evidence.

FLORENTINO, Respondent, v. BALLIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Concetta Florentino, by Leonardo Florentino, her guardian ad litem, against Jacob H. Ballin and Solomon Ballin. No opinion. Judgment and order unanimously affirmed, with costs.

FOREST, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by James Forest against William P. Martin. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

FORMAN, Respondent, v. PARKER, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Walter Forman against Frank M. Parker. No opinion. Judgment of the Municipal Court affirmed, with costs.

FOSKETT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Ella C. Foskett against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

FOSTER v. FOSTER et al. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by Ann S. Foster against Albert T. Foster and Andrew H. Smith.

PER CURIAM. Motion to amend the record on appeal so as to include matters referred to in affidavit of A. T. Foster, receiver, or in lieu thereof to strike said record from the files and the appeal from the calendar, and staying hearing of appeal until after hearing of two appeals mentioned in said affidavit. Denied.

FRICKE, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Richard Fricke against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents. SPRING, J., not voting.

GANGUZZA, Appellant, v. ANCHOR LINE (HENDERSON BROS.), Limited, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Pietro Ganguzza against the Anchor Line (Henderson Bros.), Limited. No opinion. Motion for leave to appeal to the Court of Appeals granted.

GERMANIA LIFE INS. CO. v. CASEY et al. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by the Germania Life Insurance Company against John Casey and others. From a judgment in favor of defendant Casey, plaintiff appeals. Affirmed. Henry B. Pogson, for appellant. Benjamin N. Cardozo, for respondent.

PER CURIAM. For the reasons stated in the opinion in Germania Life Ins. Co. v. Casey (handed down herewith) 90 N. Y. Supp. 418, the judgment appealed from should be affirmed, with costs.

GILLAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by James Gillan against the New York Central & Hudson River Railroad Company.

PER CURIAM. Having been twice passed, the appeal herein is dismissed, with costs, pursuant to rule 39 of the general rules of the Supreme Court.